

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00552-CV

**IN RE** Jasmine **ELLIOT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Luz Elena D. Chapa, Justice
        Beth Watkins, Justice
        Lori I. Valenzuela, Justice

On August 31, 2022, relator filed a petition for writ of mandamus and an emergency motion to stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than September 19, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Real party in interest filed a response to relator's emergency motion to stay. Real party in interest's response to the emergency motion violates Texas Rule of Appellate Procedure 9.9 in that the response includes sensitive data, specifically the birth dates and names of people who were minors when the underlying suit was filed, and such data has not been redacted. *See* TEX. R. APP. P. 9.9. We therefore **ORDER** that real party in interest's response to the emergency motion to stay is **STRICKEN**.

Relator's emergency motion is **GRANTED** as follows: The trial court's August 11, 2022 "Temporary Orders in Suit Affecting the Parent-Child Relationship" is **STAYED** pending the final resolution of the petition for writ of mandamus.

It is so **ORDERED** on September 2, 2022.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

